# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 19, 2008

135202

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOANN J. ADAMS,
      Plaintiff/Counter-
      Defendant-Appellee,

v

TERRANCE J. ADAMS, SANDRA M. ADAMS,
ROBERT S. ADAMS and MARY BETH ADAMS,
      Defendants/Counter-
      Plaintiffs-Appellants.

SC: 135202
COA: 274497
Oakland CC: 2005-068294-CZ

_____/

      On order of the Court, the application for leave to appeal the September 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



s0312

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 19, 2008

Clerk